UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHELLE PERRY, *et al.*,

    Plaintiffs,

v.

VILLAGE OF MOUNT STERLING
OHIO, *et al.*,

    Defendants.

Case No. 2:13-CV-00653
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

### ORDER

This matter is before the Court for consideration of the parties' Joint Motion to Withdraw. (ECF No. 7.) The parties collectively request that the Court withdraw Defendants' Petition for Removal and Plaintiffs' Motion for Remand, Attorneys' Fees and Expenses (ECF No. 6), and remand this case to the Madison County Court of Common Pleas. The parties' Motion is **GRANTED**. This case is hereby **REMANDED** to the Madison County (Ohio) Court of Common Pleas.

**IT IS SO ORDERED.**

8-14-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE